```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 06 4041 JL |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) | |
| EVENT PRODUCTIONS INC., etc. | ) | |
| Defendant. | ) | |

　　　　　IT IS ORDERED that the Case Management Conference in this case set for September 27, 2006 be continued to December 27, 2006 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: September 21, 2006         _____
　　　　　　　　　　　　　　　　　　　　Honorable Judge James Larson

*IT IS SO ORDERED* — Judge James Larson (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE