```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 06 4041 JL |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| vs. ) | |
| ) | |
| EVENT PRODUCTION INC., a California ) | |
| corporation ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS ORDERED that the Case Management Conference in this case set for January 10, 2007 to the date set for hearing on the motion, which will be no later than April 25, 2007.

Dated: __January 8, 2007_____

_____
Honorable James Larson

IT IS SO ORDERED
Judge James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE