IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS. INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>EVENT PRODUCTION, INC., a California corporation,<br><br>    Defendant._____/ | No. C 06-04041 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    The Court has reviewed Magistrate Judge James Larson's Report and Recommendation re Plaintiff's Motion for Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. The Clerk shall enter judgment.

Dated: 5/1/07

                                              CLAUDIA WILKEN
                                              United States District Judge